UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARLOS HARDISON** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **SECTION: " "** |
| | * | |
| **ABDON CALLAIS OFFSHORE, LLC** | * | **MAG.** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SEAMEN'S COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Carlos Hardison, a Jones Act seaman and person of full age and majority, domiciled in the city of Natchitoches, State of Louisiana, who respectfully avers as follows:

I.

This action is brought pursuant to Title 46 U.S.C. § Section, 688, the Jones Act, and all statutes supplemental and amendatory thereto, and pursuant to the General Maritime Laws of the United States.

II.

Abdon Callais Offshore, LLC, a named defendant herein, is a Louisiana corporation authorized to do and doing business within Louisiana at the time of the incident complained of herein, and is liable unto Plaintiff, Carlos Hardison, for claims of the nature asserted herein.

### III.

Upon information and belief, on or about June 19, 2011, the plaintiff, Carlos Hardison, was employed by defendant, Abdon Callais Offshore, LLC and assigned to the M/V CALLAIS EXPLORER.

### IV.

On or about June 19, 2011, the M/V CALLAIS EXPLORER was owned, operated and/or controlled by defendant, Abdon Callais Offshore, LLC.

### V.

On or about June 19, 2011, as plaintiff, Carlos Hardison, was performing his assigned duties aboard the M/V CALLAIS EXPLORER at Aransas Pass, Texas, he sustained serious, permanent and disabling injury to his right foot and right lower extremity when he struck his foot against a milk crate while trying to dismount from an upper bunk on the vessel.

### VI.

As a result of the incident, plaintiff, Carlos Hardison, sustained serious, painful and permanent injury to his mind and body, including but not limited to, right lower extremity.

### VII.

The incident and resulting injuries described above were caused by the negligence of the defendant, Abdon Callais Offshore, LLC, in the following particulars:

    a)    Failing to provide plaintiff with a safe place to work;

    b)    Failing to provide reasonably safe means of climbing into and out of the upper bunk to which plaintiff was assigned;

c)   Providing plaintiff with an unsafe means of climbing in and out of the upper bunk to which plaintiff was assigned;

d)   Failing to provide plaintiff with timely medical attention following his injury and request for medical treatment;

e)   Refusing plaintiff's request for prompt medical treatment; and

f)   Any and all other acts and/or omission of negligence that will be shown at the trial of this matter.

### VIII.

At all pertinent times hereto, M/V CALLAIS EXPLORER was unseaworthy in one or more of the following respects, to-wit:

a)   Failing to provide plaintiff with a safe place to work;

b)   Failing to provide reasonably safe means of climbing into and out of the upper bunk to which plaintiff was assigned;

c)   Providing plaintiff with an unsafe means of climbing in and out of the upper bunk to which plaintiff was assigned;

d)   Failing to provide plaintiff with timely medical attention following his injury and request for medical treatment;

e)   Refusing plaintiff's request for prompt medical treatment; and

f)   Other unseaworthy conditions to be determined at a trial of this action.

### IX.

In accordance with the Jones Act, the defendants are liable unto the plaintiff, Carlos Hardison, for the following damages:

a)   Past, present and future medical expenses;

b)   Past, present and future physical pain and suffering;

c)   Past, present and future mental and emotional pain and suffering;

d)   Past and future loss of wages and loss of earning capacity;

e)   Loss of enjoyment of life;

f)   Loss of economic horizons;

g)   Punitive damages for defendant's arbitrary, capricious, willful and wanton failure and/or refusal to provide plaintiff with prompt medical treatment; and

h)   Any and all other damages to be shown at a trial of this action.

**X.**

Plaintiff, Carlos Hardison, is entitled to maintenance and cure benefits from the above referenced defendant, Abdon Callais Offshore, LLC, until such time as he reaches maximum medical cure; and plaintiff is entitled to recover attorney's fees, compensatory and punitive damages in the event that the defendant, Abdon Callais Offshore, LLC is found to have unreasonably, arbitrarily, willfully and wantonly refused to pay or discontinued maintenance and cure benefits.

**WHEREFORE,** for the above and foregoing reasons, plaintiff, Carlos Hardison, requests that the defendant, Abdon Callais Offshore, LLC, be served with a copy of this Seaman's Complaint and that after all legal proceedings and due delays are had, there be judgment in favor of plaintiff, Carlos Hardison, and against the defendant, Abdon Callais Offshore, LLC for damages detailed herein, the reasonable sum of which is TEN MILLION DOLLARS AND NO/100 ($10,000,000.00), plus interest from the date of the incident until paid, all costs of these proceedings, and for all other general, equitable, and maritime relief.

Respectfully submitted,

**UNGAR & BYRNE**

/s/ *George W. Byrne, Jr.*
EVETTE E. UNGAR (#29013)
GEORGE W. BYRNE, JR. (#3744)
CHERYL L. WILD (#28805)
650 Poydras St., Suite 2005
New Orleans, Louisiana 70130
Telephone No.: (504) 566-1616
Facsimile No.: (504) 566-1652
E-Mail: eungar@ungarlawyers.com
E-Mail: georgewbyrnejr@ungarlawyers.com
E-Mail: cwild@ungarlawyers.com
*Counsel for Plaintiff, Carlos Hardison*

**PLEASE SERVE:**

ABDON CALLAIS OFFSHORE, LLC
Through its Agent For Service of Process
CHARLES MICHAEL CALLAIS
1300 North Alex Plaisance Blvd.
Golden Meadow, LA 70357