MINUTE ENTRY
ZAINEY, J.
AUGUST 14, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARLOS HARDISON | CIVIL ACTION |
| VERSUS | NO: 11-2053 |
| ABDON CALLAIS OFFSHORE, LLC | SECTION: "A" |

SETTLEMENT

COURT REPORTER: Vic DiGiorgio
COURTROOM DEPUTY: James Crull
LAW CLERK: Kathryn Fernandez

APPEARANCES:   George Byrne, Jr., Counsel for plaintiff
John Galloway, Counsel for Defendant
Carlos Hardison, Defendant by telephone

The Court was informed that the case had settled and counsel for the parties dictated the settlement agreement into the record.
An order of dismissal was issued.
Court adjourned 11:10 a.m.

JS-10: 0:10