UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARLOS HARDISON                                                     CIVIL ACTION

VERSUS                                                              NO: 11-2053

ABDON CALLAIS OFFSHORE, LLC                                         SECTION: "A" (2)

**ORDER**

Before the Court is a **Motion for Reconsideration of Ruling for Summary Judgment Enforcing Settlement and Motion for New Trial (Rec. Doc. 101)** set for hearing on January 2, 2013.[1] After review of the motion, Defendant's opposition to the motion (Rec. Doc. 105), Intervenor's opposition to the motion (Rec. Doc. 107), and Plaintiff's reply in support of his motion (Rec. Doc. 114), the Court finds no reason to reverse its prior rulings.

Accordingly;

**IT IS ORDERED** that Plaintiff's **Motion for Reconsideration of Ruling for Summary Judgment Enforcing Settlement and Motion for New Trial (Rec. Doc. 101)** is **DENIED** for the reasons previously stated.

This 29th day of January, 2013.

_____
Judge Jay C. Zainey
UNITED STATES DISTRICT COURT

---

[1] The Court notes that Plaintiff requested oral argument. However, the Court does not find oral argument to be necessary in consideration of the instant motion.